# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1891

_____

United States of America,          *

                                 *

          Appellee,        *     Appeal from the United States

                                 *     District Court for the District

    v.                     *     of Minnesota.

                                 *

Cleshay L. Johnson, also known as   *      [UNPUBLISHED]

Clee,                          *

                               *

          Appellant.      *

_____

Submitted: April 1, 1999

Filed: April 9, 1999

_____

Before FAGG, HEANEY, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Cleshay L. Johnson pleaded guilty to conspiring to possess with intent to distribute crack cocaine and now appeals from the guidelines sentence imposed by the district court. Johnson's counsel filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), contending that Johnson's prison sentence is longer than necessary to achieve rehabilitation, retribution, or deterrence. We reject counsel's argument. <u>Cf.</u> <u>United States v. Hutchinson</u>, 926 F.2d 746, 747 (8th Cir. 1991) (per curiam) (defendant's request for sentence at low end of Guidelines range is unreviewable.

Having carefully reviewed the record, we find no nonfrivolous issues.  <u>See</u> <u>Penson</u> <u>v. Ohio</u>, 488 U.S. 75, 80 (1988).  We thus affirm Johnson's sentence.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.